20532. POPE *v.* MARTIN.
20533. POPE *v.* BUTLER.
20534. POPE *v.* FLORENCE.
20547. POPE *v.* CRAVEN.

DUCKWORTH, Chief Justice. *Pope* v. *Middlebrooks,* ante, being in all material respects the same as these cases, is controlling and requires judgments of affirmance in them.

*Judgments affirmed. All the Justices concur.*

ARGUED JULY 13, 1959—DECIDED SEPTEMBER 11, 1959.

*Walter B. Fincher,* for plaintiffs in error.
*Shirley C. Boykin, D. S. Strickland, Wm. P. Johnson,* contra.